IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NORMA CARDOZA ESTREMERA and CANDIDA PEREZ ROBLES, on their behalf and on behalf of all the participants of the Pension Plan for the Employees of the Catholic School of the Archdiocese of San Juan<br><br>Plaintiffs<br> vs.<br> COLEGIO PADRE BERRIOS, ACADEMIA SAN JOSE, PENSION PLAN FOR THE CATHOLIC SCHOOL OF THE ARCHDIOCESE OF SAN JUAN, BOARD OF TRUSTEES FOR PENSION PLAN FOR THE CATHOLIC SCHOOL OF THE ARCHDIOCESE OF SAN JUAN, MARILYN PANELL and ANA CORTES CRESPO as administrators, WILFRED L. THORNTHWAITE, as actuary for the Plan and THORNTHWAITE & CO, as actuarial firm and INSURANCE COMPANIES A, B &C.<br><br>Defendants | CIVIL NO. 16-2318 |

**MOTION SUBMITTING SUMMON EXECUTED**

COME NOW, the plaintiffs through the undersigned attorney and respectfully state and pray as follows:

Plaintiffs return to the clerk office this summon executed on August 30, 2017 with copy of the complaint to Defendant Padre Berrios through the person of Giovanni Berrios Ortiz.

WHEREFORE, plaintiffs return this summon executed in compliance with court order of August 11,2017 (Docket 65) .

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** that on this same date, October 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all CM/ECF participants: Jose O. Ramos-Gonzalez    rgtolaw@gmail.com, Jesus R. Rabell-Mendez    jrabell@prtc.net,

1

jesusrabell@gmail.com, Frank Zorrilla-Maldonado    fzorrilla@fzmlaw.com, Yolanda V. Toyos-Olascoaga    ytoyos@ramostoyoslaw.com, yvto@caribe.net, Pedro A. Buso-Garcia    pbuso@salawpr.com, pb@pbglaw.com, pbusogarcia@gmail.com, sacosta@salawpr.com, Jaime Luis Sanabria-Montanez    jsanabria@salawpr.com, jaime.sanabria@icloud.com, jsanabria@littler.com, Robert Millán, Mi3183180@aol.com,

In San Juan, Puerto Rico, on August 31, 2017.

S/ Luis Vivaldi Oliver
**Luis Vivaldi Oliver**
U.S.D.C.P.R 214413
Attorney for Plaintiffs
P.O. Box 191340
San Juan, P.R 00919
Tel. (787) 413-2218
vivaldipension@hotmail.com